## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: MARY L. GIBSON**                                    **CASE NO. 26-11886-JDW**
      **DEBTOR**                                                              **CHAPTER 7**

---

### APPLICATION FOR EMPLOYMENT OF ATTORNEY

---

**COMES NOW,** Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Mary L. Gibson (the "Estate"), and pursuant to 11 U.S.C. §§ 327(d) and 328(b) and Federal Rule of Bankruptcy Procedure 2014, moves the Court for authority to employ himself as attorney for the Trustee. In support, the Trustee states as follows:

1.      The Trustee is an attorney in good standing with the Mississippi Bar, is admitted to practice before this Court, is familiar with bankruptcy law and procedure, and is qualified to serve as attorney for the Trustee.

2.      The Trustee has determined that legal services may be necessary to investigate, preserve, recover, and administer assets of the Estate. Those services may include, without limitation, investigating claims and transfers; determining the validity, priority, and extent of liens; preparing pleadings, applications, notices, and proposed orders; appearing at hearings; examining the Debtor and other witnesses; negotiating with creditors and other parties in interest; and performing other legal services necessary for the proper administration of the Estate.

3.      Employment of the Trustee as his own attorney is in the best interest of the Estate because the Trustee is already familiar with the case and can provide necessary legal services efficiently and without duplication of effort.

4.      The Trustee does not hold or represent an interest adverse to the Estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14), except for his service as the duly appointed Chapter 7 Trustee in this case. To the best of the Trustee's knowledge, he has no connections with the Debtor, creditors, other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed in the accompanying Affidavit and by virtue of his appointment as Trustee.

5.      The Trustee will seek compensation for legal services only upon proper application and approval by the Court. The Trustee will not seek attorney compensation for the performance of statutory duties required of a Chapter 7 trustee, consistent with 11 U.S.C. § 328(b).

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that the Court enter an Order authorizing him to employ himself as attorney for the Trustee, with compensation to be determined upon proper application, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application for Employment of Attorney to all counsel of record and the Office of the United States Trustee.

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com